1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE PIPE
TRAES DISTRICT COUNCIL NO 36
HEALTH AND WELFARE TRUST FUND,

No. C 11-05447 (DMR)

**ORDER EXTENDING TIME FOR
MEDIATION**

            Plaintiff(s),

        v.

CLIFTON ENTERPRISES INC,

            Defendant(s).
_____/

        Per the parties' request and upon a finding of good cause, the court hereby ORDERS that the

deadline for mediation be extended to August 31, 2012.


        IT IS SO ORDERED.


Dated:  July 13, 2012

_____
DONNA M. RYU
United States Magistrate Judge