1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11   BOARD OF TRUSTEES OF THE PIPE            No. C 11-05447 (DMR)
     TRAES DISTRICT COUNCIL NO 36
12   HEALTH AND WELFARE TRUST FUND,           **ORDER EXTENDING TIME FOR
                                              MEDIATION**
13
                     Plaintiff(s),
14
             v.
15
     CLIFTON ENTERPRISES INC,
16
                     Defendant(s).
17   _____/

18
             Per the parties' request and upon a finding of good cause, the court hereby ORDERS that the
19
     deadline for mediation be extended to August 31, 2012.
20

21
             IT IS SO ORDERED.
22

23
     Dated:  July 13, 2012
24
                                              _____
25                                            DONNA M. RYU
                                              United States Magistrate Judge
26

27

28

United States District Court
For the Northern District of California