**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND** *et al.*,<br><br>　　**Plaintiffs,**<br><br>　　vs.<br><br>**CLIFTON ENTERPRISES INC.** *et al.*,<br><br>　　**Defendants.** | Case No.: 11-CV-05447 YGR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference in this matter is **CONTINUED** from February 11, 2013 to **Monday, March 11, 2013** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 5.

The Motions to Appear by Telephone at the February 11, 2013 Case Management Conference (Dkt. Nos. 72 & 73) are **DENIED AS MOOT**.

This Order terminates Dkt. Nos. 72 & 73.

**IT IS SO ORDERED.**

Date: February 8, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**