UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CLIFTON ENTERPRISES INC., et al., <br><br> Defendants. | Case No. 11-cv-05447-JST <br><br> **ORDER RE: REQUEST TO VACATE TRIAL SCHEDULE** <br><br> Re: Dkt. No. 98 |
|---|---|

Before the Court is Plaintiffs' request to vacate the pretrial conference and trial schedule in this case, ECF No. 98. Having considered the request, and good cause appearing, the pretrial conference and trial dates, and the deadline for filing a pretrial conference declaration, are all VACATED.

Plaintiffs have also filed a Notice of Settlement as to the sole answering defendant, American Contractors Indemnity Company, and indicated that ACIC will be dismissed by June 7, 2013. If that defendant has not been dismissed by June 10, 2013, then counsel for both Plaintiffs and ACIC must appear personally in Courtroom Nine on Tuesday, June 18, 2013 at 9:00 a.m. to explain why the matter is still pending as to ACIC and to seek the court's assistance in resolving the matter. If ACIC has been dismissed by June 10, the June 18 hearing will be vacated.

The court also sets this matter for further case management on Wednesday, August 28, 2013 at 2:00 p.m. The court anticipates that default proceedings against the remaining defendants will have concluded by that time, judgment will have been entered, and the case management conference will go off calendar. In the unlikely event that the action remains unresolved as to any

///

///

1 defendant, however, all remaining parties are ordered to appear on August 28, and to file a Joint
2 Case Management Statement at least ten court days in advance of the hearing.

3 **IT IS SO ORDERED**.

4 Dated: May 20, 2013

                                          _____
                                          JON S. TIGAR
                                          United States District Judge